## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

|  |  |
|---|---|
| JOHN DOE, MARY DOE, and JAMES DOE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE UNIVERSITY OF THE SOUTH, | ) ) |
| Defendant. | ) ) |

No. 4:09-cv-62
Judge Mattice
Magistrate Judge Lee

## ORDER

Upon consideration of the parties' Joint Motion for Issuance of Order Pursuant to FERPA, and finding that good cause exists for the granting of the motion, it is hereby

ORDERED that the motion is granted; and it is further ORDERED that (1) defendant shall produce unredacted copies of those documents previously produced to plaintiffs in redacted form because of concerns related to the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g on **March 12, 2010**; and (2) defendant shall make a reasonable effort to notify each student, whose identity would be revealed by production of unredacted copies of the aforementioned documents of its intent to produce said documents to plaintiffs in unredacted form in accordance with this Order.

SO ORDERED this _____ day of _____, 2010.

s/ Susan K. Lee

SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE