UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

FILED
2011 SEP -2 A 11: 41
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

JOHN DOE, )
)
   *Plaintiff* )
) Case No. 4:09-cv-62
v. )
) Judge Mattice
THE UNIVERSITY OF THE SOUTH, )
)
   *Defendant.* )

## VERDICT FORM

*We, the jury, unanimously answer the following questions.*

1. Has Plaintiff John Doe proved by a preponderance of the evidence that Defendant The University of the South breached its contract with John Doe?

    _____ YES       ✓ NO

    *If you answered "YES" to Question 1, please proceed to Question 2.*
    *If you answered "NO" to Question 1, please proceed to Question 3.*

2. Please indicate the amount of damages, if any, Plaintiff has proved by a preponderance of the evidence for his breach of contract claim.

    $ _____

    *Please proceed to Question 3.*

3. As to Plaintiff's negligence claims:

    (a) Has Plaintiff John Doe proved by a preponderance of the evidence that Defendant The University of the South was at fault?

    ✓ YES       _____ NO

    (b) Has Defendant The University of the South proved by a preponderance of the evidence that Plaintiff John Doe was at fault?

    ✓ YES       _____ NO

(c) If you have found both John Doe and the University to be at fault, considering all the fault at One Hundred Percent (100%), what percentage of fault do you attribute to each of the parties?

John Doe _47_ (0-100%)
The University _53_ (0-100%)
Total 100%

***If you assigned Plaintiff a percentage of fault that is equal to or over 50%, your deliberations are complete. Please sign and date this Verdict Form and tell Ms. Scott that you have reached a verdict.***

***If you assigned Plaintiff John Doe a percentage of fault that is less than 50%, please proceed to Question 4.***

4. If you have found Defendant The University of the South to be at fault and have found that Plaintiff is less than 50% at fault, please indicate the amount of compensatory damages that Plaintiff has proved by a preponderance of the evidence.

| | |
|---|---|
| Tuition and Other Expenses | $50,000 |
| Mental Pain and Suffering -- Past | 0 |
| Mental Pain and Suffering -- Future | 0 |
| Serious or Severe Mental or Emotional Injury | 0 |
| Injury to Reputation | 0 |
| Loss of Enjoyment of Life -- Past | 0 |
| Loss of Enjoyment of Life -- Future | 0 |
| Loss of Earning Capacity | 0 |

***Please proceed to Question 5.***

5. Was the University grossly negligent?

_____ YES   _✓_ NO

-2-

*Please sign and date this Verdict Form and tell Ms. Scott that you have reached a Verdict. If you have found that the University was grossly negligent, please inform Ms. Scott and she will provide you with a Special Verdict form.*

FOREPERSON

9-2-11
DATE