AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

John Doe

V.

The University of the South

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:09-cv-62

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff, John Doe, recover of the defendant, The University of the South, the sum of $26,500.00 (53% of $50,000.00) with interest as provided by law, and costs of action.

September 2, 2011  Patricia L. McNutt, Clerk
Date

By Pam Scott, Deputy Clerk