# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| JOHN DOE, Plaintiff | ) |
| | ) |
| v. | ) Case No.: 4:09-cv-62 |
| THE UNIVERSITY OF THE SOUTH, Defendant. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___09/02/2011___ against ___The University of the South___ ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350.00 (Ex. A) |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 10,209.13 (Ex. B) |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 492.50 (Ex. C) |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 11,051.63 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: *Charles B. Wayne*

Name of Attorney: Charles B. Wayne

For: ___John Doe___          Date: ___09/23/2011___
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                *Deputy Clerk*                *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Eric Hartman Sewanee, TN | 1 | 40.00 | | | 100 | 58.50 | $98.50 |
| Elsie Marie Eldridge Sewanee, TN | 1 | 40.00 | | | 100 | 58.50 | $98.50 |
| Alexander M. Bruce Sewanee, TN | 1 | 40.00 | | | 100 | 58.50 | $98.50 |
| David L. Spaulding, Jr. Sewanee, TN | 1 | 40.00 | | | 100 | 58.50 | $98.50 |
| Joel Cunningham Sewanee, TN | 1 | 40.00 | | | 100 | 58.50 | $98.50 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $492.50 |

### NOTICE

Costs will be taxed in accordance with this Court's Guidelines on Preparing Bills of Cost. E.D. TN. LR. 54.1

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

**DLA Piper LLP (US)**  6225 SMITH AVENUE, BALTIMORE, MD 21209  CHECK NO.:  **829580**

| INVOICE | DATE | AMOUNT | COMMENTS |
|---------|------|--------|----------|
| 125-8201 | 05-27-09 | 350.00 | MARIANNE DUPREE |

VENDOR ID:  191380

**DLA Piper LLP (US)**
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

M&T Trust Co.
25 S. CHARLES ST.
BALTIMORE MD 21201

CHECK NO.  **829580**

DATE  05/27/09

AMOUNT OF CHECK
********350.00

**PAY**  THREE HUNDRED FIFTY AND 00/100 Dollars

**PAY TO THE ORDER OF**  CLERK, U.S. DISTRICT COURT FOR THE
E.D. OF TENNESSEE

VOID AFTER 180 DAYS

# EXHIBIT B

## DEPOSITION TRANSCRIPT SUMMARY

| Invoice Date | Witnesses | Amount |
|---|---|---|
| April 21, 2010 | John Doe; Mary Doe; James Doe; Alexander Bruce; Marie Eldridge; Brian Wiley; John Shibata; Helen Bateman; David Spaulding | $ 3,065.70 |
| May 11, 2010 | Mary Beth Bankson; Mark Preslar; Joel Cunningham; Eric Hartman | $ 1,978.04 |
| June 16, 2010 | Brett Sokolow | $ 1,185.05 |
| July 8, 2011 | Mark Peterson | $ 158.75 |
| July 15, 2010 | Nicole Loyd | $ 1,099.23 |
| July 16, 2010 | Eric Hartman (supplemental) | $ 317.50 |
| August 6, 2010 | Donald Gehring | $ 1,119.09 |
| August 23, 2010 | Donna Pierce; David Bridgers; Julie Rand Dorney; Brent Morgan | $ 1,171.77 |
| September 8, 2011 | Julie Rand Dorney (for trial) | $ 114.00 |

**Total** **$10,209.13**

# Fouraker Reporting Service, Inc.

520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Tax ID: 62-1874842

April 21, 2010

CHARLES B. WAYNE, ESQUIRE
DLA PIPER US LLP
500 EIGHTH STREET
WASHINGTON, DC 20004

| Invoice Number |
| --- |
| 2357 |

Re: Doe vs. The University of the South
Depositions (April 5-9, 2010)
Chattanooga, Tennessee

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Transcript copy | (John, Mary and James Doe) | 480.00 | 2.00 | 960.00 |
| O&1 | (Bruce, Eldridge, Wiley, Shibata, Bateman and Spaulding) | 425.00 | 3.85 | 1636.25 |
| Depo Appearance | (April 7-9, 2010) | 6.00 | 75.00 | 450.00 |
| Postage | | 19.45 | 1.00 | 19.45 |
| | | Invoice total: | | $3,065.70 |

Payment due upon receipt. Thank you for your business.

# Fouraker Reporting Service, Inc.

520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Tax ID: 62-1874842

May 11, 2010

CHARLES B. WAYNE, ESQUIRE
DLA PIPER US LLP
500 EIGHTH STREET
WASHINGTON, DC 20004

| Invoice Number |
|:---:|
| **2369** |

**Re:** Doe vs. University of the South
Depositions (April 26-28, 2010)
Sewanee, Tennessee

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| O&1 | (Mary Beth Bankson) | 66.00 | 3.85 | 254.10 |
| O&1 | (Mark Preslar) | 47.00 | 3.85 | 180.95 |
| O&1 | (Joel Cunningham) | 82.00 | 3.85 | 315.70 |
| O&1 | (Eric Hartman) | 199.00 | 3.85 | 766.15 |
| Depo Appearance | (April 26-28, 2010) | 6.00 | 75.00 | 450.00 |
| Postage | | 1.00 | 11.14 | 11.14 |

**Invoice total:**          **$1,978.04**

Payment due upon receipt.  Thank you for your business.

 **ESQUIRE**

Esquire Solutions - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 441-3376
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

CHARLES WAYNE
DLA PIPER - WASHINGTON, DC
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

## Invoice # EQ163349

| Invoice Date | 06/16/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 07/31/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/10/2010 | DOE vs. THE UNIVERSITY OF THE SOUTH | 145522 | 06/15/2010 | UPS |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 06/10/2010, BRETT SOKOLOW (WASHINGTON, DC) | | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (347 Pages) | $ 3.15 | $ 1,093.05 |
| EXHIBITS | $ 41.25 | $ 41.25 |
| LITIGATION SUPPORT DISK | $ 20.00 | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 15.00 | $ 15.00 |
| | | $ 1,169.30 |
| DELIVERY - OTHER | | $ 15.75 |
| | | $ 15.75 |
| | Tax: | $ 0.00 |
| | Paid: | $ 1,185.05 |
| | **Amount Due On/Before 07/31/2010** | **$ 0.00** |
| | Amount Due After 07/31/2010 | $ 0.00 |

Tax Number: 22-3779884

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**


**ESQUIRE**
an Alexander Gallo Company

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| Invoice #: | EQ163349 |
|---|---|
| Payment Due: | 07/31/2010 |
| **Amount Due On/Before 07/31/2010** | **$ 0.00** |
| Amount Due After 07/31/2010 | $ 0.00 |

CHARLES WAYNE
DLA PIPER - WASHINGTON, DC
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

059 0000163349 06162010 4 000000000 0 07312010 07312010 6 000000000 02

# Fouraker Reporting Service, Inc.

520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Fouraker@comcast.net
Tax ID: 62-1874842

July 8, 2010

CHARLES B. WAYNE, ESQUIRE
DLA PIPER US LLP
500 EIGHTH STREET
WASHINGTON, DC 20004

| Invoice Number |
| :---: |
| **2410** |

**Re:**  Doe vs. University of the South
Deposition of Mark W. Peterson, M.D.
July 5, 2010

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---|---|---|
| Transcript copy | 77.00 | 2.00 | 154.00 |
| Postage | 4.75 | 1.00 | 4.75 |
| | Total: | | $158.75 |
| | Paid: | | -158.75 |
| | **Invoice total:** | | **$0.00** |

Payment due upon receipt.  Thank you for your business.

 **ESQUIRE**

Esquire Solutions - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 441-3376
Fax (866) 590-3205


**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com



CHARLES WAYNE
DLA PIPER - WASHINGTON, DC
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

## Invoice # EQ172547

| | |
|---|---|
| Invoice Date | 07/15/2010 |
| Terms | NET 45 |
| Payment Due | 08/14/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/01/2010 | DOE vs. THE UNIVERSITY OF THE SOUTH | 151107 | 07/06/2010 | UPS |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 07/01/2010, NICOLE LOYD (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (112 Pages) | $ 7.20 | $ 806.40 |
| EXHIBITS | $ 107.50 | $ 107.50 |
| LITIGATION SUPPORT DISK | $ 20.00 | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 15.00 | $ 15.00 |
| ARCHIVING FEE | $ 30.00 | $ 30.00 |
| | | $ 978.90 |
| | | |
| DELIVERY - OTHER | | $ 20.40 |
| | | $ 20.40 |

*RATES REFLECT DAILY DELIVERY*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 08/29/2010** | **$ 1,099.23** |
| Amount Due On/Before 08/29/2010 | $ 999.30 |

Tax Number: 22-3779584

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**


**ESQUIRE**
an Alexander Gallo Company

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ172547 |
| Payment Due: | 08/14/2010 |
| **Amount Due After 08/29/2010** | **$ 1,099.23** |
| Amount Due On/Before 08/29/2010 | $ 999.30 |

CHARLES WAYNE
DLA PIPER - WASHINGTON, DC
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

**Remit to:**

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

059 0000172547 07152010 5 000099930 7 08142010 08292010 0 000109923 35

# Fouraker Reporting Service, Inc.

520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Fouraker@comcast.net
Tax ID: 62-1874842

July 16, 2010

CHARLES B. WAYNE, ESQUIRE
DLA PIPER US LLP
500 EIGHTH STREET
WASHINGTON, DC 20004

| Invoice Number |
| :---: |
| 2429 |

**Re:**  Doe vs. University of the South
Supplemental Deposition of Eric Hartman
July 13, 2010

Description of Services

Expedited (2 day)

Depo Appearance

| | |
| --- | --- |
| Invoice total: | **$317.50** |

Payment due upon receipt.  Thank you for your business.



**ESQUIRE**

Esquire Solutions - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 441-3376
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



CHARLES WAYNE
DLA PIPER - WASHINGTON, DC
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

## Invoice # EQ179162

| Invoice Date | 08/06/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 09/05/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/29/2010 | DOE vs. THE UNIVERSITY OF THE SOUTH | 152718 | 08/03/2010 | UPS |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 07/29/2010, DONALD GEHRING (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (139 Pages) | $ 6.66 | $ 925.74 |
| EXHIBITS | $ 107.50 | $ 107.50 |
| LITIGATION SUPPORT DISK | $ 20.00 | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 15.00 | $ 15.00 |
| ARCHIVING FEE | $ 30.00 | $ 30.00 |
| | | $ 1,098.24 |
| | | |
| DELIVERY - OTHER | | $ 20.85 |
| | | $ 20.85 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | | |
|---|---|---|
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 09/20/2010** | | **$ 1,119.09** |
| Amount Due After 09/20/2010 | | $ 1,231.00 |

Tax Number: 22-3779884

---

Please detach and return this bottom portion with your payment
or pay online at WWW.ESQUIRECONNECT.NET


**ESQUIRE**
*an Alexander Gallo Company*

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| Invoice #: | EQ179162 |
|---|---|
| Payment Due: | 09/05/2010 |
| **Amount Due On/Before 09/20/2010** | **$ 1,119.09** |
| Amount Due After 09/20/2010 | $ 1,231.00 |

CHARLES WAYNE
DLA PIPER - WASHINGTON, DC
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

059 0000179162 08062010 4 000111909 8 09052010 09202010 9 000123100 45

# Fouraker Reporting Service, Inc.

520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Fouraker@comcast.net
Tax ID: 62-1874842

August 23, 2010

CHARLES B. WAYNE, ESQUIRE
DLA PIPER US LLP
500 EIGHTH STREET
WASHINGTON, DC 20004

| Invoice Number |
| :---: |
| 2453 |

**Re:** Doe vs. UOS
Depositions (August 2 and 10, 2010)

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Expedited (Overnight) | (Donna Pierce) | 46.00 | 5.85 | 269.10 |
| Transcript copy | (David Bridgers) | 89.00 | 2.00 | 178.00 |
| O&1 | (Julie Dorney, M.D.) | 44.00 | 3.85 | 169.40 |
| O&1 | (Brent Morgan, M.D.) | 64.00 | 3.85 | 246.40 |
| Depo Appearance | 1/2 Aug. 2 and Aug. 10 | 4.00 | 75.00 | 300.00 |
| Postage | | 8.87 | 1.00 | 8.87 |
| | | **Invoice total:** | | **$1,171.77** |

Payment due upon receipt.  Thank you for your business.

# Fouraker Reporting Service, Inc.
520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Fouraker@comcast.net
Tax ID: 62-1874842

September 8, 2011

CHARLES B. WAYNE, ESQUIRE
DLA PIPER US LLP
500 EIGHTH STREET
WASHINGTON, DC 20004

| Invoice Number |
|---|
| 2698 |

**Re:**   Doe vs. University of the South
Deposition of Julie Rand Dorney, M.D.  (8/27/11)

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---|---|---|
| Transcript copy | 57.00 | 2.00 | 114.00 |
| | **Invoice total:** | | **$114.00** |

Payment due upon receipt.  Thank you for your business.

# EXHIBIT C

**DLA Piper LLP (US)**          6225 SMITH AVENUE, BALTIMORE, MD 21209          CHECK NO.:          **948496**

| INVOICE | DATE | AMOUNT | COMMENTS |
|---------|------|--------|----------|
| 373764-1 | 07-05-11 | 98.50 | CHARLES WAYNE |

VENDOR ID:   197833

**DLA Piper LLP (US)**
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

M&T Trust Co.                    7-11
25 S. CHARLES ST.          520-6443
BALTIMORE MD 21201

CHECK NO.   **948496**

DATE  07/05/11

AMOUNT OF CHECK
*********98.50

**PAY**  NINETY-EIGHT AND 50/100 Dollars

**PAY**
**TO THE**          ERIC HARTMAN
**ORDER OF**

VOID AFTER 180 DAYS

**DLA Piper LLP (US)**  6225 SMITH AVENUE, BALTIMORE, MD 21209   CHECK NO.:   **948494**

| INVOICE | DATE | AMOUNT | COMMENTS |
|---|---|---|---|
| 373764-1 | 07-05-11 | 98.50 | CHARLES WAYNE |

VENDOR ID:   197831

---

**DLA Piper LLP (US)**
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

M&T Trust Co.          7-11
25 S. CHARLES ST.      520-6443
BALTIMORE MD 21201

CHECK NO.   **948494**

DATE   07/05/11

| AMOUNT OF CHECK |
|---|
| *********98.50 |

**PAY**  NINETY-EIGHT AND 50/100 Dollars

**PAY
TO THE
ORDER OF**     ELSIE MARIE ELDRIDGE

VOID AFTER 180 DAYS

**DLA Piper LLP (US)**     6225 SMITH AVENUE, BALTIMORE, MD 21209     CHECK NO.:     **948495**

| INVOICE | DATE | AMOUNT | COMMENTS |
|---------|------|--------|----------|
| 373764-1 | 07-05-11 | 98.50 | CHARLES WAYNE |

VENDOR ID:    197832

**DLA Piper LLP (US)**
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

M&T Trust Co.
25 S. CHARLES ST.
BALTIMORE MD 21201

7-11
520-6443

CHECK NO.    **948495**

DATE  07/05/11

AMOUNT OF CHECK
*********98.50

**PAY**  NINETY-EIGHT AND 50/100 Dollars

**PAY
TO THE
ORDER OF**     **ALEXANDER M. BRUCE**

VOID AFTER 180 DAYS

DLA Piper LLP (US)          6225 SMITH AVENUE, BALTIMORE, MD 21209          CHECK NO.:  **948497**

| INVOICE | DATE | AMOUNT | COMMENTS |
|---|---|---|---|
| 373764-1 | 07-05-11 | 98.50 | CHARLES WAYNE |

VENDOR ID:   197834

---

**DLA Piper LLP (US)**
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

M&T Trust Co.
28 S. CHARLES ST.
BALTIMORE MD 21201

CHECK NO.   **948497**

DATE  07/05/11

AMOUNT OF CHECK
*********98.50

**PAY**  NINETY-EIGHT AND 50/100 Dollars

**PAY
TO THE
ORDER OF**          DAVID L. SPAULDING, JR.

VOID AFTER 180 DAYS

**DLA Piper LLP (US)**　　　　　　6225 SMITH AVENUE, BALTIMORE, MD 21209　　　CHECK NO.: **953459**

| INVOICE | DATE | AMOUNT | COMMENTS |
|---|---|---|---|
| WITNESS FEE | 08-02-11 | 98.50 | C. WAYNE |

VENDOR ID: 198025

**DLA Piper LLP (US)**
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

M&T Trust Co.
25 S. CHARLES ST.
BALTIMORE MD 21201

7-11
520-6443

CHECK NO. **953459**

DATE 08/03/11

**AMOUNT OF CHECK**
*********98.50

**PAY** NINETY-EIGHT AND 50/100 Dollars

**PAY
TO THE
ORDER OF**　　　**JOEL CUNNINGHAM**

VOID AFTER 180 DAYS